AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KAREEM JABAAR TAYLOR
        Plaintiff

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV406-230

JAMES E. DONALD, ET AL
        Defendants

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with the Court's Order of April 12, 2007, adopting the Report and Recommendation of the U.S. Magistrate as the opinion of the Court and dismissing Plaintiff's complaint; Judgment is hereby entered. This action stands closed.

4/12/2007
Date

Scott L. Poff
Clerk

*Mary Anne Hill*
(By) Deputy Clerk